UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KARL SOLLER and ROSIANNA SOLLER,

    Plaintiffs,

v.                                                    Case No. 2:20-cv-197-SPC-NPM

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

## ORDER

On March 8, 2021, the Court held a hearing on the Motion to Compel Expert Inspection (Doc. 27), Response (30), and Notices of Filing (Doc. 32, 33). For the reasons stated on the record during the hearing, the Court grants the Motion to Compel Expert Inspection (Doc. 27) and modifies the Case Management and Scheduling Order (Doc. 18) to allow for additional inspections of the property at issue and completion of expert disclosures and reports. To that end, the Court will allow Hartford Insurance Company of the Midwest ("Hartford") until March 22, 2021, to have professional engineer Jeff Palmer of Axiom Engineering and certified roofing contractor Todd Denahan of Jack Brown & Associates inspect the property.

As a result, the remaining deadlines will be adjusted in an amended case management and scheduling order.

Accordingly, the Court **grants** the Motion to Compel Expert Inspection (Doc. 27) and will enter an amended case management and scheduling order separately.

**DONE** and **ORDERED** in Fort Myers, Florida on March 8, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE